UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 20-24559-CIV-WILLIAMS

AISHIA PETERSEN,

    Plaintiff,

v.

MICHAEL KORS RETAIL INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, **AISHIA PETERSEN**, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The Stipulation for Dismissal will be filed within 20 days.

Respectfully submitted,

Dated this 29th day of December 2020.

    *s/Acacia Barros*
    Attorney for Plaintiff
    ACACIA BARROS, P.A.
    Acacia Barros, Esq.
    FBN: 106277
    11120 N. Kendall Dr., Suite 201
    Miami, Florida 33176
    Tel: 305-639-8381
    ab@barroslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2020 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel when he/she makes an appearance.

    *s/Acacia Barros*
    Attorney for Plaintiff
    ACACIA BARROS, P.A.